F. Michael **SCHULTZ**, Petitioner,

v.

The **CADLE COMPANY**, Respondent.

No. D–2308.

Supreme Court of Texas.

May 5, 1993.

David W. Evans, Dallas, for petitioner.

Michael L. Jones and Randall K. Lindley, Dallas, Bert Vee Massey, II, Brownwood, Eddie Vassallo and P. Anne Brewster, Dallas, for respondent.

PER CURIAM.

The order of this court of December 31, 1992, granting the application for writ of error as amended is withdrawn, as the application was improvidently granted. In denying this application, we neither approve nor disapprove of the court of appeals' opinion. 825 S.W.2d 151. The application is hereby denied.

Justice ENOCH not sitting